# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

RENARD LAMAR COLLINS

NO. 2025 KW 0460

**AUGUST 22, 2025**

---

In Re:    State of Louisiana, applying for supervisory writs, 16th
          Judicial District Court, Parish of St. Mary, No. 24-
          214001.

---

**BEFORE:    THERIOT, PENZATO, AND BALFOUR, JJ.**

    **WRIT NOT CONSIDERED.** The State failed to comply with Uniform Rules of Louisiana Courts of Appeal, Rule 4-3 by not timely filing the writ application within thirty days of the district court's ruling at the March 26, 2025, hearing. Relator made an oral request for a return date at the hearing, but a date was not set. On May 5, 2025, relator filed a written request for a return date, and filed the application on May 21, 2025. The State failed to provide any documentation of a timely filed motion for extension filed within the return date period or make a showing that the delay was not due to the applicant's fault. Supplementation of this writ application and/or an application for rehearing will not be considered. See Uniform Rules of Louisiana Courts of Appeal, Rules 2-18.7 & 4-9. In the event relator elects to file a new application with this court, the application shall be filed on or before September 23, 2025. Any future filing on this issue should include the entire contents of this application, the missing items noted above, and a copy of this ruling.

MRT
AHP
KEB

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
    FOR THE COURT